IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEAN ANN WERT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | NO. 13-5705 |

## ORDER

**AND NOW**, this 21st day of April, 2015, this Court having ordered, in a Memorandum filed contemporaneously with this Order, that Plaintiff's Objections to the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter are overruled, the Report and Recommendation is approved and adopted, Plaintiff's Request for Review is denied, and the Commissioner's Decision is affirmed, **IT IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendant.

BY THE COURT:


/s/ John R. Padova
John R. Padova, J.